NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATI TECHNOLOGIES ULC,**
*Appellant*

**v.**

**ARM LTD., ARM, INC.,**
*Appellees*

---

2019-2091, 2019-2092, 2019-2093, 2019-2094

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00101, IPR2018-00102, IPR2018-01148, IPR2018-01149.

---

## JUDGMENT

---

WILLIAM MEUNIER, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston, MA, argued for appellant. Also represented by ADAM RIZK, MICHAEL RENAUD, DANIEL B. WEINGER.

KEVIN PAUL ANDERSON, Duane Morris LLP, Washington, DC, argued for appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 3, 2020</u>          <u>/s/ Peter R. Marksteiner</u>
Date                 Peter R. Marksteiner
                     Clerk of Court